Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00602-CV

____________

 

CITY OF GALVESTON,
Appellant

 

V.

 

TERRY WASHINGTON, Appellee

 



 

On Appeal from the
405th District Court

Galveston County,
Texas

Trial Court Cause No.  03CV0368

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 26, 2004.

On June 3, 2005, appellant filed an agreed motion to dismiss
the appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Anderson, Frost, and Seymore.